UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON SENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant. | NO. CV-11-434-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (ECF No. 23). The parties stipulate that all of Plaintiff's claims against Defendant in the above-captioned matter have been fully compromised and settled. The parties' ask that Plaintiff's claims be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice (ECF No. 23) is **GRANTED**.

2. Plaintiff's claims against Defendant in the above-captioned matter are **dismissed with prejudice** and without costs to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 19th day of April, 2012.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Court

Q:\aCIVIL\2011\Senter\dismissal.wpd

**ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE** ~ 1